# UNITED STATES DISTRICT COURT
## CHAMBERS OF
### JUDGE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT COURT
141 CHURCH STREET
NEW HAVEN, CT 06510

September 13, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

**Calendar Year 2008 Filing**

Dear Judge Baldock:

I respond to the Committee's inquiries set forth in your letter dated August 14, 2009.

**Part VII, page 6, lines 49-51, page 7, lines 52-68, page 8, lines 69-71:** Your assumption that there was no reportable income from these assets is correct. I note your guidance for future filings.

**Part VII, page 6, line 47:** The reference to "US Trust Co of NY Bank of America Checking Account" reflects the fact that during the reporting period, the United States Trust Company of New York was acquired by the Bank of America, resulting in a change in the account's name. The formerly titled US Trust Co checking account, which pays no income, has been listed in prior financial disclosure reports, but I note in reviewing the 2007 filing that it was inadvertently omitted from that one. Had it been included, the valuation figures would have been the same as this year's listing for the newly named account.

**Part VII, page 8, lines 69-71:** For each of the referenced assets (J.P. Morgan Chase, Nestles SA, and Berkshire Hathaway), the value is K and the value method is T. I note that these values were accurately reported at page 4, lines 12, 8, and 11.

**Prior Report, Part VII, page 5, line 18:** Manulife Financial was inadvertently omitted from the 2008 filing. It was correctly listed at page 5, line 18 of the 2007 filing, and the notations for parts B and C of the 2008 filing are the same: "E," "Dividend," "L," "T".

**Prior Report, Part VII, page 5, line 19:** Heritage Municipal Cash Trust was a short-term money market account into which the brokerage firm utilized by our prior financial advisor swept cash generated by securities transactions. We changed financial advisors during 2008 and the account was closed without reportable consequences.

**Haight Jr, Charles S**

Honorable Bobby R. Baldock
Page 2


**Prior Report, Part VII, page 7, line 9:** Vanguard Inflation Protection Fund was incorrectly listed as an asset held on 12/31/07. The shares in this Vanguard mutual fund, with a value code of K, were exchanged for shares in another Vanguard fund, the Vanguard Prime Money Market Fund, on 6/14/07, without generating reportable gains or losses. The 2008 report lists the holding in the transferee fund, called "Vanguard Money Market Fund," at Part VII, page 6, line 45.

I hope that this information responds sufficiently to the Committee's inquiries, but will be happy to provide whatever further information may be required.

Sincerely,



Charles S. Haight, Jr.

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haight, Jr., Charles S. | District Court, SDNY | 07/30/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge. | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>141 Church Street<br>New Haven, CT 06510 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Trustee | American Scandinavian Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 AUG -3 P 1:31 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Columbia Govt Plus Reserves Trust Class | E | Dividend | P1 | T | Buy | 7/15 | P1 | | |
| 2. Comcast Corp | A | Dividend | J | T | | | | | |
| 3. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 4. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 5. Staples Inc. | A | Dividend | J | T | Buy | 9/2 | K | | |
| 6. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 7. Diageo Plc | A | Dividend | K | T | Buy | 8/20 | K | | |
| 8. Nestles S.A. | A | Dividend | K | T | Buy | 8/18 | K | | |
| 9. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 10. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 11. Berkshire Hathaway | | None | K | T | Buy | 8/18 | K | | |
| 12. J.P. Morgan Chase | A | Dividend | K | T | Buy | 8/18 | K | | |
| 13. Markel Corp. | | None | K | T | Buy | 9/15 | K | | |
| 14. T. Rowe Price Group | A | Dividend | J | T | Buy | 8/18 | J | | |
| 15. Gilead Sciences Inc. | | None | J | T | Buy | 8/18 | J | | |
| 16. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 17. Quest Diagnostics | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stryker Corp. | A | Dividend | K | T | | | | | |
| 19. General Electric Co. | A | Dividend | J | T | | | | | |
| 20. Lockheed Martin Co. | A | Dividend | K | T | Buy | 9/2 | K | | |
| 21. Cisco Systems | | None | J | T | | | | | |
| 22. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 23. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 24. Columbia Marsico Focused Equities Fund Class Z | A | Dividend | K | T | | | | | |
| 25. Eaton Vance Structured Emerging Mkts Fund | A | Dividend | K | T | Buy | 9/3 | L | | |
| 26. IShares S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | | |
| 27. Royce Fund Premier Ser | A | Dividend | J | T | | | | | |
| 28. Thornberg Intl Value Fund | B | Dividend | L | T | Buy | 8/28 | L | | |
| 29. US Treas NT Due 03/15/09 | E | Interest | O | T | Buy | 7/21 | O | | |
| 30. New York NY GO Bonds 3/18/99 | B | Interest | K | T | | | | | |
| 31. Conn St Gen Rev Bonds | C | Interest | M | T | Buy | 8/6 | M | | |
| 32. NY State Dorm Auth Bonds | B | Interest | K | T | | | | | |
| 33. Niagara Falls NY City School Dist Bonds | B | Interest | K | T | | | | | |
| 34. New York State GO Bonds 7/15/98 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New York State Twy Auth Bonds | B | Interest | K | T | | | | | |
| 36. Conn State GO Bonds 6/26/08 | C | Interest | M | T | Buy | 8/21 | M | | |
| 37. Stamford Conn GO Bonds | C | Interest | M | T | Buy | 12/10 | M | | |
| 38. Conn State HSG Auth Bonds | D | Interest | M | T | Buy | 9/10 | M | | |
| 39. Conn State Spc Tax Oblig Rev Bonds | D | Interest | M | T | Buy | 10/1 | M | | |
| 40. Pimco Foreign Bond Fund | C | Interest | M | T | Buy | 8/28 | M | | |
| 41. Pimco Commodity Real Return Fund | C | Interest | K | T | Buy | 9/3 | L | | |
| 42. Baron Fifth Ave Growth Fund | | None | K | T | | | | | |
| 43. Pimco Total Return Fund Inst. Class | A | Dividend | J | T | | | | | |
| 44. HSBC C/D | A | Interest | J | T | | | | | |
| 45. Vanguard Money Mkt Fund | A | Interest | K | T | | | | | |
| 46. ING Direct Savings Bank | B | Interest | L | T | | | | | |
| 47. US Trust Co of NY Bank of America Checking Account | | None | J | T | | | | | |
| 48. HSBC Checking Account | A | Interest | J | T | | | | | |
| 49. Time Warner | | | | | Sold | 2/11 | J | | |
| 50. Citigroup | | | | | Sold | 7/9 | J | | |
| 51. Loomis Sayles Intl Fund | | | | | Sold | 7/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 10

**Name of Person Reporting**

Haight, Jr., Charles S.

**Date of Report**

07/30/2009

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Target | | | | | Sold | 7/18 | J | | |
| 53. Pfizer | | | | | Sold | 7/18 | J | | |
| 54. Yahoo | | | | | Sold | 7/18 | J | | |
| 55. Oakmark Intl. Fund | | | | | Sold | 8/13 | K | A | |
| 56. T. Rowe Price Intl | | | | | Sold | 8/27 | J | A | |
| 57. Vanguard Windsor II | | | | | Sold (part) | 4/14 | J | A | |
| 58. Vanguard Windsor II | | | | | Sold | 8/27 | J | A | |
| 59. Oakmark Fund 110 | | | | | Sold | 8/27 | K | B | |
| 60. Pimco Total Return | | | | | Sold | 9/2 | K | A | |
| 61. IShares Tr Msc Cafe Fund | | | | | Sold | 9/2 | K | D | |
| 62. Heritage Ser Tr Midcap Fund | | | | | Sold | 9/10 | K | C | |
| 63. IShares | | | | | Sold | 1/18 | J | | |
| 64. Masters Select Intl. | | | | | Sold | 4/17 | J | | |
| 65. United Health GP | | | | | Sold | 7/18 | J | | |
| 66. Starbucks | | | | | Sold | 7/18 | J | | |
| 67. New York NY GO Bonds | | | | | Sold | 2/15 | K | A | |
| 68. New York NY GO Bonds | | | | | Sold | 2/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. J.P. Morgan Chase | | | | | Buy | 8/20 | K | | |
| 70. Nestles SA | | | | | Buy | 8/20 | K | | |
| 71. Berkshire Hathaway | | | | | Buy | 9/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544